UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES BARKER,

                Plaintiff

v.

BAKER, et al.,

                Defendants

Case No. 3:19-cv-00159-RCJ-WGC

ORDER

**I.    DISCUSSION**

On September 22, 2020, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 7.) The Court dismissed Plaintiff's complaint in its entirety and gave Plaintiff leave to file an amended complaint within 30 days. (*Id.* at 7.) Plaintiff seeks an extension of 60 days to file his first amended complaint. (ECF No. 8 at 1.) Plaintiff states that he is having difficulty with his pleadings as a pro se litigant and is having to file subpoenas to obtain documents that he needs for his filings. (*Id.*)

As an initial matter, the Court notes that Plaintiff does not need to submit any documents to support his amended complaint. Plaintiff only needs to allege facts giving rise to a colorable cause of action. Nevertheless, the Court grants the motion for an extension of time. Plaintiff shall file his first amended complaint on or before December 11, 2020. If Plaintiff fails to file a timely first amended complaint, this action will be dismissed with prejudice for failure to state a claim. (*See* ECF No. 7 at 8.)

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before December 11, 2020.

///

///

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS 16th day of October 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE