**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES BARKER, | |
| Plaintiff, | Case No. 3:19-cv-00159-RCJ-WGC |
| vs. | **ORDER TO DISMISS WITH PREJUDICE** |
| BAKER, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between James Barker, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree, based on the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of the Court, with each party to bear its own costs.

///
///
///
///
///
///
///

1

1  | DATED this 27th day of Oct., 2021.                  DATED this 9 day of Nov, 2021.

3
4                                                        AARON D. FORD
                                                         Attorney General
5  | By: _____                       By: _____ Bar No13661 for
       JAMES BARKER                                           STEPHEN J. AVILLO, Bar No. 11046
6      Plaintiff, *Pro Se*                                    Deputy Attorney General
                                                              *Attorneys for Defendants*

9                                                        **IT IS SO ORDERED**

                                                         _____
                                                         **U.S. DISTRICT JUDGE**

                                                         **DATED: November 10, 2021**

2